with $10 costs.   Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■      (A) The People of the State of New York v. Michael Erceg. (B) The People of the State of New York v. Floyd Kazmerski.— Motion for an enlargement of time granted and the time within which the appeal may be perfected is enlarged to the February 1961 Term of this court.   Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

───────

## (December 22, 1960)

■      The People of the State of New York v. Robert G. Meyer.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court.   Concur — Botein, P. J., Breitel, Stevens, Eager and Noonan, JJ.

■      The People of the State of New York v. Robert G. Meyer.— Motion for leave to appeal as a poor person dismissed.   Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■      The People of the State of New York v. Stuart Mitchell.— Motion for leave to reargue all prior motions made to this court for leave to appeal as a poor person denied without prejudice, however, to a renewal thereof upon proper papers.   Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■      In the Matter of S. Klein on the Square, Inc., v. Supreme Court of the State of New York et al.— Motion for a stay pending the hearing and determination of the appeal granted on condition that the petitioner procures the record on appeal and petitioner's points to be served and filed on or before January 19, 1961, with notice of argument for January 31, 1961, said appeal to be argued or submitted when reached.   Cross motion to dismiss petition granted, with $10 costs to respondents.   Concur — Botein, P. J., Breitel, Valente and McNally, JJ.

■      The People of the State of New York v. James Mason.— Enlargement of time granted.  Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

───────

## Second Department, December, 1960

## (December 1, 1960)

■      Emma Floyd, as Administratrix of the Estate of Mordaine Floyd, Deceased, Appellant, v. United Hospital of Port Chester, Defendant, and Henry Heimlich et al., Respondents.— Motion by respondents to dismiss appeal from order, dated April 25, 1960, granted, and appeal dismissed. Said order has been superseded by an order dated May 18, 1960, which granted reargument and which, on reargument, adhered to the determination made in the first order.   Since respondents have also appealed from the second order, the appeal from the first order has become academic.   Motion by respondents to dismiss the appeal from the order, dated May 18, 1960, on the ground that appellants have failed to perfect said appeal, denied on condition that appellants perfect the appeal and be ready to argue or submit it at the January Term, commencing January 3, 1961.   The appeal is ordered on the calendar for said term.   The record and appellant's brief must be served and filed on or before December 20, 1960.   Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.